# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**CURTIS A. BEEBE,**

    Plaintiff,

v.                                            **Case No.: 8:05-CV-805-SCB-EAJ**

**ePARTNERS INCORPORATED,**
a Texas Corporation

    Defendant.
_____/

## O R D E R

Before the court is Plaintiff's **Unopposed Notice of Compliance with Defendant ePartners Incorporated's Motion and Amended Motion to Compel** (Dkt. 48), filed on March 13, 2006.

Plaintiff asserts that the parties have reached agreement on remaining disclosure issues, and requests that this court set aside as moot Defendant's Motion and Amended Motion to Compel Counsel for Plaintiff to Turn Over Documents Produced by Third Party Randy Russell (Dkts. 42, 43). Defendant does not contest Plaintiff's assertion, rendering the pending discovery motions moot.

Accordingly, it is **ORDERED and ADJUDGED** that Defendant's Motion and Amended Motion to Compel Counsel for Plaintiff to Turn Over Documents Produced by Third Party Randy Russell (Dkts. 42, 43), are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** at Tampa, Florida this 21st day of March, 2006.

_/s/ Elizabeth A. Jenkins_
ELIZABETH A JENKINS
United States Magistrate Judge

Copies to:
All parties
Counsel of Record